IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CAPITAL EAST PARTNERS, LLC et al.,**<br><br>  Plaintiffs,<br><br>  v.<br><br>**WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE BENEFIT OF THE HOLDERS OF COMM 2015-CCRE23 MORTGAGE TRUST COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES,**<br><br>  Defendant. | **CIVIL ACTION**<br><br>**NO. 21-1298-KSM** |

## ORDER

**AND NOW**, this 9th day of February, 2022, upon consideration of Defendant's Motion to Dismiss Amended Civil Action Complaint (Doc. No. 5), Plaintiffs' Opposition to Defendant's Motion to Dismiss (Doc. No. 13), and Defendant's Reply Brief in Support of Defendant's Motion to Dismiss Amended Civil Action Complaint (Doc. No. 14), it is **ORDERED** as follows:

1. Defendant's Motion to Dismiss (Doc. No. 13) is **GRANTED**, and Plaintiff's Amended Civil Action Complaint (Doc. No. 1-3) is **DISMISSED WITH PREJUDICE**.

2. The Clerk of Court shall mark this matter **CLOSED**.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
_____
**KAREN SPENCER MARSTON, J.**